William N. Hensley, Cr. Dist. Atty., and Emmett J. Rahm, Asst. Cr. Dist. Atty., both of San Antonio, and Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge that he contributed to the delinquency of a minor. The fine is $200.

It would seem unfair to publish the facts brought to this Court in the record of the case as it is presented. They are not sufficient to sustain the jury's verdict of guilt. Considered as a whole and giving effect to the boy's statement, there is hardly a suspicious circumstance pointing to the guilt of the accused under the article of the statute involved.

Because of the insufficiency of the evidence, the judgment of the trial court is reversed and the cause is remanded.

## BROWN v. STATE.
### No. 24174.

Court of Criminal Appeals of Texas.
Nov. 24, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving a motor vehicle upon a public highway while intoxicated. The penalty assessed is a fine of fifty dollars.

The record is before this court without a statement of facts and bills of exception. All matters of procedure appear regular.

The judgment is affirmed.